IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § <br> OF INTERNATIONAL DIVERS CO., § <br> INC. d/b/a BEST BET LINE § <br> HANDLERS, as owner/operator § <br> of the M/V AM-VI, FOR § <br> EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY § | Civ. A. H-14-3328 <br><br> Rule 9(h) Admiralty |

### OPINION AND ORDER

Pending before the Court in the above referenced admiralty limitation of liability action under 46 U.S.C. § 30301, et seq., is Limitation Petitioner International Divers Co., Inc. d/b/a Best Bet Line Handlers's motion for default judgment (#20) against all non-appearing claimants.

Because Clamant Andrew L. Spencer ("Spencer") has appeared through counsel since the filing of the motion and has filed an answer (#21) and a counterclaim (#25), the Court

ORDERS that the motion is DENIED as to Spencer. The Court further

ORDERS that Petitioner shall file within ten days a revised proposed order that reflects Spencer's continuing claim.

**SIGNED** at Houston, Texas, this 1st day of May, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE